■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE L. CARRASQUILLO, Appellant. [944 NYS2d 713]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered September 27, 2010. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.